UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

| | |
|---|---|
| ASHLEY ANDREWS,<br>    Petitioner,<br><br>V.<br><br>FRANCISCO QUINTANA, Warden,<br>    Respondent. | Civil Action No. 5: 17-209-KKC<br><br>**MEMORANDUM OPINION<br>AND ORDER** |

\*\* \*\* \*\* \*\* \*\* \*\*

Ashley Andrews is an inmate at the Federal Medical Center in Lexington, Kentucky. Proceeding without an attorney, Andrews filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [R. 1]. Andrews indicates in his petition that he suffers from serious medical problems and, as a result, asked the Bureau of Prisons (BOP) to help him obtain a compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). However, the BOP ultimately denied Andrews's request. [R. 1-2 at 8].

While Andrews now seeks habeas relief, this Court does not have the authority to review the BOP's decision refusing to help Andrews obtain a compassionate release. That is because the Sixth Circuit has held "that a federal court lacks authority to review a decision by the BOP to not seek a compassionate release for an inmate under § 3582(c)(1)(A)(i)." *Crowe v. United States*, 430 F. App'x 484, 485 (6th Cir. 2011).

Accordingly, **IT IS ORDERED** that:

1. Andrews's petition for a writ of habeas corpus [R. 1] is **DENIED**.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A corresponding judgment will be entered this date.

Dated June 6, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY